**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 121 EAL 2018
:
Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
ANTONIE FLETCHER,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.